```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JAMES DAVID WILLIAMS,
STEVEN BROWN,
GERALD SEPPALA,

                      Defendants.
-------------------------------------------------------------------x

**ORDER**
16 CR 436 (KMW)

KIMBA M. WOOD, District Judge:

    The Court adopts the conditions of release set for Defendant Seppala and Defendant Williams in the districts of their arrest:

    The defendants shall maintain or actively seek employment;

    The defendants shall surrender any passports and shall not apply for new passports;

    The defendants shall avoid all contact directly or indirectly with any person who is or may be a victim or witness in the investigation or prosecution;

    The defendants shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer;

    The defendants shall provide their probation officers with access to any requested financial information, including credit reports, credit card bills, bank statements and telephone bills.

    The Court modifies Defendant Williams' and Defendant Seppala's conditions of release as follows: $150,000 personal recognizance bond, to be signed by two financially responsible persons.

Defendants Williams' travel restrictions are modified to include the Central District of California, the Southern District of New York, the Eastern District of New York, the District of Nevada, the District of Arizona, and travel points in between. Defendant Seppala's travel restrictions are modified to include the District of Minnesota, the Southern District of New York, the Eastern District of New York, and travel points in between.

For all three Defendants, co-signers shall be interviewed and sign the bonds within three weeks of today.

SO ORDERED.

Dated: New York, New York
July 21, 2016

*Kimba M. Wood*

KIMBA M. WOOD

UNITED STATES DISTRICT JUDGE