UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JAMES DAVID WILLIAMS,
STEVEN BROWN, and
GERALD SEPPALA

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

16 Cr. 436 (KMW)

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                      Respectfully submitted,

                                      JOON H. KIM
                                      Acting United States Attorney

                      By:  _____
                                      Katherine C. Reilly
                                      Assistant United States Attorney
                                      (212) 637-6521