



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2017

**BY ECF**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Gerald Seppala</u>, 16 Cr. 436 (KMW)

Dear Judge Wood:

      The Government writes to supplement the record with regard to defendant Gerald Seppala's pending motion to suppress, filed on May 10, 2017. The Government is filing today under separate cover the Declaration of Special Agent Trenton J. Schmatz of the Federal Bureau of Investigation (the "Declaration"), which is submitted in further support of the Government's Memorandum of Law in Opposition to the Motion to Suppress, filed on May 23, 2017. As this Court is aware, an evidentiary hearing as to the issues raised by the pending motion is currently scheduled for September 18, 2017. The Government has conferred with defense counsel, who have reviewed the Declaration, and the parties agree that an evidentiary hearing is not necessary to resolve the pending motion. Accordingly, the Government respectfully requests, with the consent of defense counsel, that the hearing be adjourned.

      Very truly yours,

      JOON. H. KIM
      Acting United States Attorney

By:   _____
      Katherine Reilly
      Noah Solowiejczyk
      Patrick Egan
      Assistant United States Attorneys
      (212) 637-6521/2473/2345

cc:    Annalisa Miron, Esq. (by ECF)
       Ian Marcus Amelkin, Esq. (by ECF)