UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :
                                  :           16 Cr. 436 (KMW)
GERALD SEPPALA,                   :
                                  :
              Defendant.          :
                                  :
------------------------------------X

### DECLARATION OF SPECIAL AGENT TRENTON J. SCHMATZ IN SUPPORT OF MEMORANDUM OF LAW OF THE UNITED STATES OF AMERICA IN OPPOSITION TO THE DEFENDANT'S MOTION TO SUPPRESS

TRENTON J. SCHMATZ, under penalty of perjury and pursuant to Title 28, United States Code, Section 1746, hereby declares:

I have been a Special Agent with the Federal Bureau of Investigation (the "FBI") for approximately 20 years, and I am familiar with the above-captioned matter. I submit this declaration in support of the Government's memorandum of law in opposition to the motion to suppress, filed by Gerald Seppala ("Seppala" or the "defendant").

1. I was personally involved in the imaging of devices seized pursuant to a search warrant from the residence of the defendant in Wayzata, Minnesota (the "Seppala Residence").

2. As such, I am aware that only the following four items of electronic evidence (the "Devices") were imaged after having been seized from the Seppala Residence: (i) a Hitachi hard drive contained within a Sony Vaio laptop, with a cable bearing serial number 275508533000427; (ii) a black San Disk thumb drive; (iii) a Memorex 2.0 thumbdrive; and (iv) a Toshiba hard drive.

3.       I am further aware that no passwords or PIN numbers were used in imaging any of the Devices.

4.       I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated:  New York, New York
        August 23, 2017

Respectfully submitted,

/s/ TRENTON J. SCHMATZ
TRENTON J. SCHMATZ
Special Agent
Federal Bureau of Investigation

2