```
                                                    ┌─────────────────────────────┐
                                                    │ DS SDNY                     │
                                                    │  )CUMENT                    │
UNITED STATES DISTRICT COURT                        │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                       │ DOC #: _____              │
                                                    │ DATE FILED:  9/18/17        │
------------------------------------------------X   └─────────────────────────────┘

UNITED STATES OF AMERICA              :

          -v-                         :              ORDER

JAMES DAVID WILLIAMS, et al,          :              16 CR 436 (KMW)

                    Defendants.       :

------------------------------------------------X
```

KIMBA M. WOOD, District Judge:

The parties are directed to appear on February 1**?**, 2018, at 9:30 a.m.

Counsel for the defendants have requested an adjournment of the trial scheduled for October 23, 2017, because the parties need additional time to review recently produced discovery.

The Court excludes the time from today until February 1**?**, 2018, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to review discovery and prepare for trial.

Dated: New York, New York
       September **18**, 2017

                                            _____
                                                  KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE