**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 19, 2017

**BY ECF**

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Williams, et al.**
     **16 Cr. 436 (KMW)**

Dear Judge Wood:

We represent Gerald Seppala on the above-referenced matter. Based on representations from the government that it has not and will not rely on the passwords/codes provided by Gerald Seppala to search his devices, we write to withdraw the portion of our May 10, 2017 motion that seeks suppression of the evidence discovered on those devices.

Respectfully submitted,

Annalisa Mirón
Ian Marcus Amelkin
Assistant Federal Defenders
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8780/8733

cc:  AUSA Katherine Reilly
     AUSA Noah Solowiejczyk (by ECF)