# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

December 1, 2017

**BY ECF**

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Gerald Seppala,
     16 Cr. 436 (KMW)

Dear Judge Wood:

    Pursuant to 18 U.S.C. § 4285, we respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Seppala's travel between Minneapolis, Minnesota and New York, New York for his upcoming court appearance on Tuesday, December 5, 2017 at 2:15 p.m. Relatedly, we request that Mr. Seppala's travel be scheduled to allow him to arrive in New York and return to Minnesota on Tuesday.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Annalisa Mirón/Ian Marcus Amelkin
Assistant Federal Defenders
(212) 417-8780/8733

cc:  AUSA Patrick Egan (by email)