UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

     - v. - : WAIVER OF INDICTMENT

GERALD SEPPALA, : S5 16 Cr. 436 (KMW)

        Defendant. :

- - - - - - - - - - - - - - - - - x

     GERALD SEPPALA, the defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                          _____
                                          Defendant

                                          _____
                                          Witness

                                          _____
                                          Counsel for Defendant

Date:    New York, New York
           December _____, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2017