**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2017

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States** v. **Gerald Seppala**, S5 16 Cr. 436 (KMW)

Dear Judge Wood:

On December 5, 2017, the defendant in the above-captioned action entered a guilty plea to Count One of the Superseding Information before Magistrate Judge Cott. The Government respectfully requests that Your Honor accept the defendant's guilty plea and enter the Consent Preliminary Order of Forfeiture signed by the parties at the time of the guilty plea. Enclosed please find for your consideration (1) a proposed Order accepting Seppala's guilty plea; (2) the transcript of the plea proceeding; and (3) the Consent Preliminary Order of Forfeiture.

The Government has conferred with Your Honor's chambers and understands that sentencing in this matter has been scheduled for April 18, 2018 at 3:30 p.m.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney
Southern District of New York

By: _____
Katherine Reilly/Noah Solowiejczyk
Assistant United States Attorneys
(212) 637-6521/2473

Enclosures

cc:   Annalisa Miron, Esq. and Ian Marcus Amelkin, Esq. (by ECF and by e-mail)