UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
UNITED STATES OF AMERICA,                  :
:
:
:
v.                             :           16 CR. 436 (KMW)
:
:
:
STEVEN BROWN,                              :
:
Defendant.          :
-------------------------------------------------------x

     PLEASE TAKE NOTICE, that upon the supporting Affirmation of Walter Mack and accompanying Memorandum of Law, the undersigned, attorneys for Defendant Steven Brown, will move this Court at the Courthouse located at 500 Pearl Street, New York, New York 10007-1312, before the Honorable Kimba M. Wood, United States District Judge, at a date and time to be determined by the Court, for an order dismissing Counts One, Two and Five based on the statute of limitations, and to strike Paragraphs 4 through 10 of the Superseding Indictment.

Dated:   New York, New York
             January 29, 2018

                                            Respectfully submitted,

                                            DOAR RIECK KALEY & MACK

                                            By:     /s/
                                                      Walter Mack
                                                      David Rivera
                                                      Michael Minnefor
                                                      217 Broadway, Suite 707
                                                      New York, New York 10007-2911
                                                      Tel: 212-619-3730
                                                      Fax: 212-962-5037