UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| | ) 16 Cr. 436 (KMW) |
| JAMES DAVID WILLIAMS, | ) |
| STEVEN BROWN, and | ) |
| GERALD SEPPALA | ) |
| | ) |
| | ) |
| Defendants. | ) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
   Southern District of New York

by: _____/s/_____
     Ryan B. Finkel
     Assistant United States Attorney
     (212) 637-6612

Copy to: All counsel via ECF