*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

March 16, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Steven Brown</u>, 16 Cr. 436 (KMW)

Dear Judge Wood:

    The Government has conferred with its witnesses, and the Government can now confirm that the new proposed trial date of Monday, April 16, 2018 does not pose any issues. In light of the one-week adjournment of the trial date, the Government respectfully requests that its deadline to provide exhibits and the witness list to the defendant also be adjourned by one week until <u>March 26, 2018</u>.

    Furthermore, the Government respectfully requests that the Court exclude time in the interest of justice under 18 U.S.C. § 3161(h)(7)(A), from April 9, 2018 until April 16, 2018, in order for defense counsel to continue to prepare for trial. Defense counsel consents to the exclusion of time. A proposed order is annexed to this letter for the Court's consideration.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s_____
    Katherine Reilly
    Noah Solowiejczyk
    Ryan Finkel
    Assistant United States Attorneys
    (212) 637-6521/2473/6612

cc:    Walter Mack, Esq. (by ECF and by e-mail)