*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Gerald Seppala**, 16 Cr. 436 (KMW)

Dear Judge Wood:

    The defendant in the above-captioned action is scheduled to be sentenced before Your Honor on April 18, 2018. As the Court is aware, trial in the matter of Mr. Seppala's co-defendant, *United States v. Steven Brown*, 16 Cr. 436 (KMW), is scheduled to begin before on April 16, 2018 and to continue for several weeks. In light of this conflict, the Government respectfully requests that the sentencing of Mr. Seppala be adjourned until after the completion of the trial in *United States v. Brown*. The Government has conferred with counsel for Mr. Seppala, who do not object to the adjournment. The parties respectfully request that the sentencing be rescheduled to a date in the last week of June 2018.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York

By:    _____
    Katherine Reilly
    Noah Solowiejczyk
    Ryan Finkel
    Assistant United States Attorneys
    (212) 637-6521/2473/6612

cc:     Annalisa Miron, Esq. and Ian Marcus Amelkin, Esq. (by ECF and by e-mail)