**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 23, 2018

**BY ECF**

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Williams, et al.**
      **16 Cr. 436 (KMW)**

Dear Judge Wood:

    We represent Gerald Seppala on the above-referenced matter. Without objection from the government, we respectfully request that his sentencing be adjourned until mid-July because counsel will be engaged in trial on the date it is currently scheduled – June 26, 2018.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Annalisa Mirón
Ian Marcus Amelkin
Assistant Federal Defenders
Counsel for Gerald Seppala
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8780/8733

cc:   All counsel (via ECF)