USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x

UNITED STATES OF AMERICA              :       **TRANSPORTATION ORDER**

             - v -                    :       16 Cr. 436 (KMW)

GERALD SEPPALA,                       :

                  Defendant.          :

--------------------------------x

Upon the application of **Gerald Seppala**, by his attorneys,

**Annalisa Miron, Esq., and Ian Marcus Amelkin, Esq.,** Federal Defenders

of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of

indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish

Gerald Seppala with funds to cover the cost of round-trip airfare

between Minneapolis, Minnesota and New York, New York for his

upcoming court appearance on Tuesday, July 17, 2018 at 11:00 a.m.;

**ORDERED** that Mr. Seppala's flight arrive for him to appear in

court no later than 11:00am on Tuesday, July 17, 2018, and that his

flight depart New York for Minneapolis on Tuesday, July 17, 2018 at

4:00 p.m. or later; and

**ORDERED** that the aforesaid expenses shall be paid by the

United States Marshals Service.

Dated:   New York, New York          **SO ORDERED:**
         July **2** , 2018

                                     (Kimba M. Wood

                                     HONORABLE KIMBA M. WOOD
                                     United States District Judge