# EXHIBIT A

June 28, 2018

The Honorable Kimba M. Wood
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Judge Wood:

I am writing this letter 2 years to the date that my life changed forever.  It is the date that I was arrested and indicted on 2 felony charges for my involvement with two individuals that I have come to understand were not who they presented themselves to be and as a result of my behavior and choices that I made me in conducting business with them, I was not who I thought or presented myself to be.

My arrest and the ensuing two years have been humbling, financially devastating, and, at the same time, has been the best thing that has ever happened to me.  I have come to see my actions as irresponsible, misleading and without regard for consequence.  I was focused on results and not methods by which results were achieved.  Since my arrest, I have lost every material good that had become my deities. I have lost a reputation that I built over a career of 30 years of being a trusted advisor and deliverer of principled business acumen and deliverables.  I have lost relationships with those whom I believed were close friends, colleagues and partners.  As Jesus aptly admonishes us in several scriptures in the New Testament (quoted here from Matthew 16), "For what will it profit them if they gain the whole world but forfeit their life?" I have been privileged to come to understand personally His admonition as a result of my arrest.

With all that I lost that this world celebrates, I gained a perspective and a peace that passes all understanding.  I gained a personal relationship with a God that I have learned was not mad at me, rather He is mad about me.  For years, I tried to earn His love and what I have learned as a result of my arrest and the consequences therein is that I do not and cannot earn His love, I need to accept and give it to others freely.  I have learned and now freely accept that He loves me— just me.  Not the person that prior to my arrest, I was trying to be—someone that was of consequence, important in the way that the world celebrates.  I have been made free of this thought and desire and now I strive not for approval from people and things, but now know that I have the only approval that I need have ever needed—His.

I guess that this desire for approval stems from losing my father to an untimely death when I was 4.  This event until my arrest defined me, drove me and made me blind to some of my actions that led me to conduct business in a manner that was not ethical, fair and as I have come to admit, accept and take responsibility for, legal.  I am sorry for my actions and choices. As a result of the arrest and the past two years of outward loss previously described, I have been able only to rely on God's grace to start to correct the direction that my life was drifting toward.  Some of these corrections include being able to share with others my walk which they have told me has been instrumental in their walk. If this is true, I am truly grateful for His grace  which allows me to share this others and also is as St. Paul notes is sufficient for me—not

"success" as the world celebrates it is my intended destination anymore. I have a second chance at what I have learned is truly important in life and I am so grateful.

Judge Wood, the last two years have been difficult to say the least, but I am choosing to make the experience an auspice to a better me and not a bitter me.  Thank you for your careful consideration.  I have to say I don't envy your job in that standing in judgment is not an enviable job.  I will continue to pray for you in that context.

With a penitent and thankful heart,


Gerald R. Seppala

# EXHIBIT B

April 30, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007


Your Honor,

My name is Kristina Seppala and I am writing to you today on behalf of my brother, Gerald R. Seppala.  I am married with two daughters who are 9 and 4.  I serve on the board of my daughter's public-school PTA as well as on the board of directors of Concert for Cause, an organization that supports Epilepsy research and support and I am a part-time consultant.

Jerry is three and a half years older than me, and we have been close since my very first memories.  We have a bond that cannot be broken and it comes from the loss of our father. He died when I was 11 months old and while I unfortunately do not have any memory of him, Jerry does.  He has many wonderful memories of our Dad from the short time he knew him and unfortunately, he has one very tragic one that will never leave.  He was there when our father had a grand mal seizure and suffocated.

From the very moment we lost our dad, Jerry was my protector and my biggest cheerleader. For the first 8 years of my life, my brother and my mother were all I had.  I used to think that being so close to a sibling was the way every family worked.  As an adult, I have grown to realize that our bond, however it came about, is special.

When we were younger, we were inseparable.  This mostly meant I was playing baseball or hockey with him and his friends.  As with most older brothers, he wasn't always a fan of having me tag along, but whether I was batting or handling the puck he was always there to give me pointers and make sure everyone was encouraging toward me.

Through our early years, teenage years and the years to follow in college, we remained very close.  When I was in college and he was living in Washington, D.C. he helped me get an internship on the hill.  When I got the internship, I needed a place to stay.  He didn't hesitate

to let me live with him, and his roommates - for free.  There wasn't an extra room for me in the house, so he shared his room with me where I slept on a pull-out chair.

He also helped me get a job on nights and weekends where he worked so I would have extra money while living there.  I lived in his house, worked where he did and got to know his friends just as well as he.  As a big brother, one would think he would want his own space, but he didn't think twice about sharing it all with me.  And as a result, I was very grateful for his generosity and his love.

As we got older, started our careers and eventually had families of our own, we weren't as close as we once were.  This wasn't because we grew apart, it was circumstantial.  For I always knew our strong bond still existed.  If I needed my brother, he would, without hesitation, be there as he always had in the past.

Over the last several years, I have watched my brother struggle professionally.  It has both broken my heart watching him struggle - and has made me even more proud of the person he is and has become.  He has always shown integrity and perseverance in his actions.

My brother has always been one to work harder than anyone in the room and continues to do so today.  When the indictment on federal charges happened in July of 2016, I saw a man who, instead of giving up, turn to God to find strength and keep moving.  He understood he needed to provide for his family, put his pride aside and started to look for manual labor.  The first job he found was stocking merchandise at Target early in the morning.  He then worked for Mission Tortilla company, driving a delivery truck and merchandising stores on the route for the company.  The job took a toll physically on him, but he stuck with it as long as he could.

Last fall he got a job selling cars where, in the first month on the sales floor he was responsible for selling approximately 70% of the total cars sold by the dealership that month.  It is a testament to his strength of character and tenacity.  Soon after that, as luck will have it, the studio he built and was trying to get off of the ground when the indictment came down was able to contract with filmmaker to produce a movie.  Even though he was finding great success selling cars, he knew he had a commitment to the studio and to his partners.  So, he left what could have been a stable, long term position to work in the studio.  The movie is now in production and Jerry is working hard, spending most weeks away from his family to ensure success of the film.

2

I write of the various jobs he has done over the last couple of years to illustrate how very proud I am of his ethics, perseverance and strength of character.  In fact, I've never been prouder of him as I am today.

It is with all of this that I humbly ask to consider no jail time when sentencing my brother, Gerald R. Seppala.  I thank you for your time and consideration.

Sincerely,

Kristina Seppala

3

# EXHIBIT C



**Senator Rudy Boschwitz**
Ambassador
Head of the United States Delegation
to the 61st Session of the
United Nations Commission on Human Rights

Honorable Kimba M. Wood                    4/25/18
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Dear Mr. Judge Wood,

In a total departure from the subject matter of this letter, let me tell you that you sit in a courthouse named for a wonderful man, Pat Moynihan. We were in the Senate together for 12 years, I a Republican and he a Democrat though that meant little in those days. He was fun but most of all he had a very original mind that saw things in issues that most of us missed. So when he spoke, we listened. He was a good friend who died too young. When the Senate was in late, we often sat in the Senate Dining Room enjoying a glass of wine together. I hope you had the privilege of knowing him. I am not often in NYC these days, but I will have to find my way to the Moynihan Courthouse to honor his memory.
- - - - - - - - - - - - - - - -
I am aware that Jerry Seppala is facing sentencing for misdemeanor charges. I read the accounts that appeared about the matter in the Minnesota press last summer. I was stunned when I read them.

I have known Jerry very well for over 30 years. He first came to work for me in the summer of 1985. The Minnesota State Fair is an annual 12 day event that ends on Labor Day. It celebrates our State with a heavy emphasis on agriculture which is the base of Minnesota's economy. Each year during my years in the U.S. Senate, I had a booth at the fair called "Rudy's Super-Duper Milk House" where we sold flavored milk - flavors like root beer, strawberry, peanut butter, etc. It was meant to convince the dairy industry to imaginatively broaden their offering and so increase the demand for milk and thereby raise the prices dairy farmers received. They were receiving the government mandated support price about which the farmers complained incessantly that it was too low. But the Congress was never in a mood to raise it!

Our milk booth was staffed with a paid manager and many volunteers. In 1985, at age 14 or 15, Jerry appeared as a volunteer and, unusually for volunteers who came and worked for 2 to 3 hours, Jerry was there all day every day and he was among the youngest of the volunteers. I was also there all day every day and I would take volunteers for meals at the church dining halls that are a staple feature at state fairs here in the middle west. Of course I took my youngest all day every day volunteer with me for meals. I have 4 sons, all older than Jerry, and he really became a fifth son.

Jerry also volunteered at my office in St. Paul, but I was in Washington and when in Minnesota I was traveling the state and seldom at the St Paul office. But Jerry was there every day every year at the Milk House, and as he grew older, he often became my driver - not only during fair time - but throughout the year on weekends as I traveled throughout Minnesota. Jerry for such a young person had a deep interest in politics and we became very close.

After several years he became the paid manager of the Milk House which entailed many responsibilities: buying the specialty milk from a distant supplier; keeping the place staffed with volunteers; cleaning; purchasing many supplies; and because all transaction were in cash, depositing the cash at day's end or throughout the day as needed. He also did all the scheduling and necessary bookkeeping. He did all these things well and responsibly.

Letter for Gerry Seppala

After my Senate years, I returned to Minnesota in 1991. On a part time basis I rejoined the business I had started in 1963 which was then being run by all 4 of my sons. So together with Jerry I started a new business that dealt in advertising to new home owners. We were partners. He was an owner. The business was named RRJ for Rudy, Rick and Jerry. Rick was another young political volunteer who joined Jerry & me. Rick was not an owner as I recall. Jerry became the full-time manager of that business. We both believed we had both a sound concept and an underserved niche'. We ran that small business for about 2 1/2 years. I was together with Jerry on most days during that period. I provided the capital.

Jerry really ran the business; he hired and fired as appropriate; we had 3 or 4 advertising sales people; Jerry spent the money and kept the records; and while I thought he did these things well and responsibly, and while it wasn't from a lack of effort on his part or mine, we simply were unable to sell enough advertising to make the business viable. So we paid our bills and closed the business down.

I have not been so intensely involved with Jerry since then. However, he lives quite close by and his home is along a running/walking trail that is also very close to my home. I was a runner and would sometimes run to his house 5 miles up the trail, and Jerry would drive me home. I got to know his wife, Deb, and young son, ███ (now 17 and a friend of one of my grandsons), well. I am also well aware that Jerry has been a very committed and active Lutheran Church member over all the years that I have known him.

Jerry Seppala as I know him is a man who accepts responsibility for his actions. As I understand it, his counsel seeks the most lenient possible sentence. I respectfully suggest, Your Honor, that such action would be appropriate.

Thank you.

Rudy Boschwitz
U.S. Senator (R-MN, 1978-1991)
U.S. Ambassador to the UN Human Rights
    Commission (Geneva, Switzerland - 2005)
President G.H.W. Bush's Emissary to Ethiopia (1991)

# EXHIBIT D

May 11, 2018

Honorable Judge Wood:

I'm asking you to show mercy to my friend Jerry Seppala for five reasons.

First, he has undergone a massive change in his life already. I have known him for twenty years, and the transformation in his life is dramatic. He has become infinitely more responsible, humble and thoughtful. The tragedy of his arrest has done a great work in his life, with God's help.

Second, we need him out in the world, doing what he can do to help people. He has created a remarkable film studio (Ironbound) in the most depressed and economically challenged place in our state of Minnesota. He is creating jobs, energy and hope in Northern Minnesota — succeeding where many have failed.

Third, his life history shows these events for which he was arrested to be an exception, rather than the pattern of his life. Did you know that when he was arrested, he was in the middle of a fundraising project for the religious order of Mother Teresa? How ironic. Over the years, he has been a prolific fundraiser for very worthy causes: Central Lutheran Church of Minneapolis, Ascension School (which serves the poorest children of our city), the Memorial Blood Center, the First Tee, the Tubby Smith Foundation and many others.

Fourth, please don't misunderstand the role of 'fundraiser' he has played in politics and other activities: he has always maintained a relatively modest life-style. And now that is almost all gone. As a long time political aide myself, I know how nasty it can be, but Jerry has always worked to help 'the good guys.'

Finally, in my experience two things reveal character in a person: tragedy and how they deal with it. Jerry's arrest has been tragic for him: permanently scarring his reputation and depriving of countless promising economic opportunities over the last 20 months, and probably forever. He has already paid an extraordinarily high price for his actions.

But in the dozens of hours I have spent with him, he has not been angry, bitter, vengeful of hateful even one time. The way he has handled this ordeal — quietly, faithfully and courageously — tells me that he is a person of deep, admirable character. Not only won't he reoffend, he will be a strong help and encouragement to others.

If anybody deserves a break from our system of justice it's Jerry. Please consider his rehabilitated character and the valuable service he provides to others now as you decide his sentence.

Sincerely,

Steven H. Moore

# EXHIBIT E

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Honorable Judge Wood:

I write this letter on behalf of my son-in-law Jerry Seppala. I met Jerry in 1996 when he began
dating my daughter, Debra. Then and now, I came to know Jerry as a kind, helpful, family-oriented, and
purposefully driven man. Over the past 20 years, no matter what has been taking place in Jerry's life, he
has always made time for our family. Today, we live 16 miles apart in Minnesota and talk very
frequently.

An early and important memory of the time I've spent with Jerry was when he called me two
decades ago asking to marry my daughter. The two of us had dinner later that week, and he explained
in great detail his unwavering commitment to Debra. Then and now, I had no question he was the right
person for my daughter. Over the years, his positive qualities have been evident, just to name a few, he
is uplifting of other people, appreciative of our time, and willing to help regardless of the situation. I
think the best way to describe Jerry is that he moves fast but listens well. He has been involved with
some very important projects and people during his career in politics, but he somehow always makes
time for his family. Jerry has an especially close relationship with his son, ███. Jerry is very good at
giving advice and helping other people solve their problems, which are qualities that serve him well as
a father.



Jerry helps me in significant, thoughtful ways. For example, we
owned a cabin in upstate Minnesota that we would no longer be able to use ██████████,
and last October Jerry cleaned it out and found a charity that works with victims of domestic violence to
which I donated all of the items within. Jerry took all the initiative and dedicated five full days of his
time to clean the cabin and find the charity – I did not have to lift a finger. It was yet another example
of the generosity that is one of his defining qualities.

When Jerry was arrested, he called me in tears and began telling me about his charges. I asked him to say no more, and assured him that he had my support no matter what. Based on years of getting to know Jerry and his good character, his arrest came as a shock.

The way Jerry has handled it all is a testament to his maturity. Rather than allowing the case to bring him down, Jerry has developed a newfound, optimistic perspective on life. People who have known Jerry for years see a more reflective Jerry than ever before. He has become closer to his family, given hours of his time as a volunteer at church, and found fulfillment through a new job doing deliveries for Mission Foods. Even though Jerry has lost numerous friends and professional contacts as a result of the case and lives a more modest lifestyle than ever before, he is now a more grounded man, oriented around his family and community.

Given what he means to our family and the positive changes Jerry has undergone as a result of his charges, I ask that you grant Jerry the most lenient sentence within your power. Please feel free to contact me if you have any questions.

Sincerely,

Richard L Carlson

Richard Carlson

# EXHIBIT F

Honorable Judge Wood

My dad, Jerry Seppala, is a wonderful man. He is someone I admire from a professional and personal standpoint. Throughout my entire 16 years, he has always been someone I could rely on and someone who I knew loves me.

He is the most hardworking person I have ever met. Whether it be working on a political campaign or selling tortilla chips, he always does his best to provide for us as a family, even if it means taking on less than preferred jobs, such as working at Target. For that, I respect his work ethic and envy how committed he is to whatever he does.

I have known my dad all 17 years of my life, and even before I can remember, he has loved me and wanted to do anything he could to help me succeed in life. He has taught me everything I know, from golf to how to treat people to how to make smart decisions, and I believe that I would not be the person I am today if not for him. My father and I have always enjoyed spending time together, whether it be on the golf course or in our basement watching movies.

My dad is a very religious and charitable man. He has always relished any opportunity he had to volunteer. He has also done a lot of work for non-profit companies. He always puts others ahead of himself in whatever he does. He has always made sure that I had access to what I have needed to succeed and has always made himself available to help me with whatever I need.

I am aware of the charges that my father is currently facing. I believe that this whole experience has made my dad a better man and has strengthened our bond as a family, in a way that many people who are facing the same experience cannot claim to share.

Best Regards,

██████████

# EXHIBIT G



GRAY
PLANT
MOOTY

80 SOUTH EIGHTH STREET
500 IDS CENTER
MINNEAPOLIS, MN 55402
MAIN: 612.632.3000
FAX: 612.632.4444

JON M. HOPEMAN
ATTORNEY
DIRECT DIAL: 612.632.3256
DIRECT FAX: 612.632.4256
JON.HOPEMAN@GPMLAW.COM

April 24, 2018

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     **United States of America v. Jerry R. Seppala**

Honorable Judge Wood:

It was my honor to serve as an Assistant United States Attorney for the District of Minnesota from 1983 to 1994. During my eleven (11) years I prosecuted numerous fraud cases. I am aware that my longtime friend Jerry R. Seppala has pled guilty in your district to a fraud offense.

Since leaving the United States Attorney's Office in 1994, I have been in private practice. A large part of my practice is the defense of white collar criminal cases. I also served for 40 years as a part time adjunct faculty member at the University of Minnesota Law School.

I have been lending support to Mr. Seppala since he was charged with these offenses. I have met with him numerous times to discuss the charges with him, to lend a sympathetic ear, and to provide emotional support. Like all defendants Mr. Seppala has suffered as he comes to grips with his predicament.

I have known Mr. Seppala for more than 20 years. I first met him in 1995 when we both worked on a United States Senate campaign for a Minnesota candidate. During the period of 1995 through 1996 I had contact with Mr. Seppala several times a week, as he was the principal fundraiser for that candidate. After the campaign ended I stayed in touch with Mr. Seppala. I have had contact with him several times a year during each of the past 20 years, sometimes to share a meal, sometimes for a cup of coffee, and sometimes just to talk over the phone. We became fast friends.

I can say that Mr. Seppala's wife and son mean more to him than anything. Many times we have talked about his son ███, how he was doing in school, in extracurricular activities, and in his spiritual formation. We have not had a conversation that did not at least in part focus upon his son, of whom he is very proud. He has been very involved with the child's upbringing.

The Honorable Kimba M. Wood
Page 2
April 24, 2018

I know that Mr. Seppala has never been in trouble before. The charges are an aberration in his case. Frankly I was very surprised to learn of the charges against Mr. Seppala, as were many of his friends and associates here in Minnesota, simply because the conduct is a marked departure for him. I know him to be generous, not greedy.

I know that Mr. Seppala has devoted many hours to charitable and community activities. He has been involved with his church, with the school his son attends, and with many, many friends here in Minnesota.

Mr. Seppala and his family have overcome a great deal of adversity. He lost his father as a very young age. Nothing was given to him. He has spent his whole life working hard. He did not make his living in any way but the honorable way.

Your Honor, I urge you to seriously consider a sentence of no jail time for him. My prediction is that Mr. Seppala's name will never appear in a charging document again.

Thank you very much for considering this letter.

Sincerely,

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

Jon M. Hopeman
Attorney

GP:4816-1628-5027 v1

# EXHIBIT H

Michael O'Meara

██████████████

██████████████

Kimba M. Wood

United States District Judge

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007

RE: Character Reference – Gerald Seppala

Dear Judge Wood,

The purpose of this letter is to serve as a character reference on behalf of Mr. Seppala, whom I have known as a friend for over 25 years.

I met Mr. Seppala when he was a client of a company I worked for in the early '90s. I opened my own company, Synergy Graphics, in 1996 and sold it to a private equity group in 2014. I've gotten to know Jerry well over the past 25 years and I believe it puts me in a position to provide you with a rather unique, albeit personal assessment of his character.

As a friend, he is the best. He's of good moral character, honest, loyal, a man of God and extremely considerate. Jerry is also a supportive person who has the ability to see and understand things from another person's perspective. Consequently, he has great empathy for others.

Mr. Seppala has been a source of comfort for me over the years we have known each other. ████
████████████████████████████████████████████████████████████
████ Jerry and I have spent hours upon hours sitting over coffee just talking. He is great source of strength for me and has helped pull my spirits up on numerous occasions with our discussions about Our Lord Savior.

Mr. Seppala is an extremely loyal and loving father and husband. I have had the privilege of spending many happy, loving times with Jerry, Deb and ████. They are loving and caring not only to their friends and family, but to others through their work with numerous charity's and the church. Jerry has a loving Mother, sisters and brother that I have met many times. I know they all look up to Jerry for advice, counseling and guidance.

I cannot think of any consequence on a negative side of the personality ledger when it comes to Mr. Seppala. Overall, I would have to say that he is a fine, well - balanced man with an abundance of positive qualities. Additionally, he has a large and committed support system and I am sure that he can continue to be a pillar of strength for others.

If you would like discuss Jerry Seppala's character further, please feel free to call me at (612)968-1212.

Sincerely,

Michael O'Meara

# EXHIBIT I

Joseph W. Musolf

Date: April 25, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Mr. Jerry Seppala, letter of support

Honorable Judge Wood:

I am aware that my friend Jerry Seppala has pled guilty to criminal charges. I'd like to tell you some things about my experiences with Jerry that I hope will convince you that he should not be imprisoned.

My name is Joe Musolf. I live in Saint Paul, Minnesota. I've lived in the Minneapolis - Saint Paul metro my entire life. I am 49 years old. I work in municipal government, for the City of Saint Paul. I assemble financial packages to assist in the creation and retention of affordable housing in my city. Like my friend Jerry, I volunteer for my church and for my national fraternity organization, Delta Tau Delta. I'm also raising three children and taking care of my elderly parents, who live in my three-generation household. I'm lucky to have a little bit of free time now and then to spend time with friends, and Jerry is one I always enjoy being with.

Jerry and I met in 1988 at the University of Minnesota. As college students we became fraternity brothers and close friends. It's hard to believe he and I have been friends now for 30 years. I wish I could say I am still close friends with everyone I met 30 years ago, but that's not the way it works. As I've gotten older I realize that my friendships of greatest longevity are those with people with whom I share common values. Jerry is an example of this. Jerry and I don't know a heck of a lot about each other's professional lives. It's not what has mattered to us. We have had such a long, nice relationship because we recognize in each other similar qualities. Jerry has always been a decent, generous friend. Jerry and I have met regularly for nearly 15 years for lunch or breakfast, always with beautiful conversations about our families, and we talk a lot about our faith life.

I am thankful for the help Jerry gave me in 2007-2008. I had lost my job and was scrambling to cobble a few things together in order to make ends meet for me and my wife and young child (with another on the way). It was really tough. I went to my friend Jerry for moral support and he offered more than just that. He asked me to come work with him as much as I could for as long as I could until I was able to find new permanent employment. Jerry had a fundraising business at that time and he put me to work on some database management tasks. He just handed me the work and asked me to figure it out and he paid me for the work. Those 6 or so months were really difficult for me. but Jerry's generosity and willingness to help me out made a big difference for me.

I know that Jerry's personal financial situation is precarious. I understand that he and his wife and son have made drastic changes to their lives to stay afloat. Jerry has been taking a few different jobs, including working in a stockroom loading and unloading trucks, which is a job he has told me he is very thankful for. He has expressed to me his respect for and faith in the federal judicial system. And he has an inspirational faith life that seems to provide him with some peace.

I hope you'll sentence Jerry to a punishment that does not include prison time. Thank you for reading my letter. And thank you for your public service.

Respectfully,

Joe Musolf

# EXHIBIT J

**Christopher J. Bellini**



April 20, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Your Honor,

I am a very close friend of Gerald ("Jerry") Seppala and I am writing to you to express my support of Jerry in connection with the criminal charges to which he has pled guilty.  I have known Jerry since we were both in college at the University of Minnesota in the early 90s, and have been fortunate to count him as my friend for more than 20 years.

As a corporate lawyer with a busy private practice, a wife who works full time and three young, active daughters (ages 10, 13 and 14), I face many stresses in life.  Jerry is the only person in this world with whom I discuss these stresses.  I do so because I trust him implicitly, I value his judgment and advice, and I genuinely rely on his encouragement to get through any difficulties I may be facing.  I also do so, because he is a very faithful man, devout in his Lutheran faith, a devoted husband to his wife, Deb, and a loving father to his son, ███.  I look up to Jerry and aspire to be as devoted and supportive of my family as he is to his.

Though we share different faiths (I am catholic), Jerry has been recruiting me to join his prayer group for many years.  However, my job and family commitments make it difficult for me to participate.  Nonetheless, Jerry has found other ways to help me strengthen my connection with God, through the exchange of prayers and scriptural interpretations.  I am forever grateful for his persistent outreach.

Aside from the charges to which he has pled guilty, Jerry has encountered financial difficulties following his career transition out of political fundraising.  But the love he has for his family have enabled him to persevere.  Further, following his arrest in connection with the charges he is facing, Jerry was unable to continue earning a living in the film industry.  But Jerry swallowed his pride and took whatever work he could get, knowing that his obligation to support his family was paramount.

This entire experience has certainly humbled Jerry, and while there have been many negative repercussions that have affected his life, I truly believe that Jerry has come to be a better person as a result.  He has developed an incredibly strong self-awareness and better judgment about the people with whom he associates.

At his core, Jerry is a very honest and decent man.  I know that Jerry will accept whatever decision Your Honor declares, but I respectfully request that he not be sentenced to prison.

Respectfully yours,

Christopher J. Bellini

# EXHIBIT K

June 27, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1000

Honorable Kimba M. Wood,

I am Ashley Wallace I am 31 years old; currently work for Turnquist Child Enrichment Center as a Teacher in Minnesota where I work in the toddler room with children 16 months to 31 months . I am a mother of one 10 month old son. I like to volunteer for a local cable access channel called CTV and have been doing so since I was 10 years old.

Mr. Gerald Seppala is my oldest brother. Jerry has been in my life for 31 years. Our age is 18 years apart and we have two different dads. As a child Jerry was an amazing big brother. It has been great these past years since I have moved back to Minnesota to get to know Jerry not only as my brother but as my friend. Our relationship has grown and evolved with our changing ages and I am so blessed that it has.

When I was younger I never felt the age difference or the difference in father's. Jerry always found something to do with me, I always was included with him. He would do little things that would make me feel special and not the annoying little sister that I did with my other siblings. I remember stories my mom would tell me that Jerry would come and ask if I could go to the grocery store with him this was when I was about 2 years old.

He studied abroad in France and before he left he taught me and only me French so I could call his host family and ask for him. It made me feel like the most important person in our family because anyone that wanted to talk to Jerry in our family had to go through me. For a five year old and youngest of 5 that meant the world to me.

When Jerry was getting married his wife and him asked both our sister Rochelle whom is 2 years older than me and myself to be a junior bridesmaid in their wedding. I was 11 years old when he got married and it was so special that they made sure to include both me and my older sister. They didn't want us to feel left out because our 2 other siblings were in the wedding as well. I will never forget their special day and the special way that they included me.

Our relationship isn't perfect being a member of a large family we all have very different personalities which makes it hard to like each other all the time. With that said I was a very unhappy teeager towards my family, I had a lot of anger about losing my father at such a young age; I made it hard for Jerry to love me he always did and I always felt that he did, I may not

have been willing to accept the love he had for me but I knew it was there. With my anger, unfortunately Jerry got a raw dose of it. It put a strain on our relationship but that wasn't for Jerry's lack of trying it was because I just was too stubborn to see past my anger. That didn't stop him from being there for me. I wouldn't accept it at the time but I now look back and see the love. When I was ready to accept his love again he was there and that is truly an amazing person.

Last summer when Jerry was arrested it was the day before my due date for my son and even though he had so much going on he still cared about asking how I was and how my unborn child was. After my son ████ was born, Jerry came to my house to meet him even though he is allergic to cats and long haired dogs and I have 4 dogs and a cat. He put that aside to make sure he meet his new nephew. The following week his family made my new family dinner and spent the evening with us, You wouldn't think that he had everything going on that he did when he was at my house. He was in the moment and just happy to be with family.

That is one thing about Jerry that is so amazing now is that he is so much more in the moment he is so grateful for family time and you can tell he is just happy with having family around. I will never say that this situation with jerry is a blessing but Jerry has turned this into a learning experience where he is now a more humble person. He was always a go getter and now he has slowed down and started to smell the flowers.

Now I am currently going through a very toxic divorce and Jerry has pled guilty to criminal charges he always asks me how I am doing. He has been a great source of comfort, love and help. He has been there to give me a pep talk when I am completely deflated. He is the best big brother I could ever ask for. If it wasn't for him I don't know how I could get through this. He is the cool headed one that talks me through anger and closer to understanding what my significant other is going through. It is the most comforting thing I could have right now.

Thank you for taking the time to read this, I knew you are busy.. Jerry means so much to me and I ask that you please not sentence him to time in prison.

Sincerely,
Ashley Wallace

# EXHIBIT L



17205 County Road Six | Plymouth. MN 55447 | 763-475-7100 | spdlc.org

May 15, 2018

To:    Honorable Kimba M. Wood
       United States District Judge
       Southern District of New York
       Daniel Patrick Moynihan United States Courthouse
       500 Pearl Street
       New York, NY 10007

From:  Reverend Mark Schmid
       Executive Pastor
       St. Philp the Deacon Lutheran Church
       17205 County Road Six
       Plymouth, MN 55447

Dear Judge Wood:

My name is Mark Schmid and I serve as Executive Pastor at St. Philip the Deacon Lutheran Church in Plymouth, Minnesota, where our mission is to Reach Out to all God's people, Proclaim God' Word at every opportunity and Inspire people to do God's will. With over 5000 members, we are considered a large congregation in the Evangelical Lutheran Church in America.

I was called to St. Philip the Deacon in August of 2014 and I have known Mr. Jerry Seppala since that time. Even with being a large congregation, I explicitly remember Jerry and his family were some of the first people to welcome me, my wife and three kids to St. Philip the Deacon. It has been a privilege and a blessing getting to know Jerry and his family and serving with them in mission and ministry at St. Philip the Deacon.

Jerry and his family are active members of our church and Jerry consistently participates in our life together. He serves as a lector and communion server on Sunday mornings, he teaches middle school confirmation, volunteers his time and talents in many other capacities like Habitat for Humanity, Make-a-Minute for Christmas, mid-week Lenten soup suppers, Pigs and Pigskin and Boars and Baseball.

Over the past three and a half years, Jerry and I have had countless conversations pertaining to life and faith and how the two are intricately woven together. I have always been impressed with Jerry's willingness to be vulnerable in expressing his hardships (economic, misdemeanor charge) and taking responsibility for his choices and actions.

In my work, I have the tremendous privilege of walking with people not only in the most joyous of occasions, but in the most difficult of ones too. I am grateful for Jerry's reaching out and allowing me to walk along side of him and his family during this time. It has been my observation and experience over the years, that when faced with such adversity, many people are tempted to turn inward and isolate themselves from the world around them, but Jerry has refused to do so. Despite articles in the paper and reports on-line and on television about the legal charges at hand, Jerry has remained focused outward. His involvement at St. Philip the Deacon is just as robust as it was before.

I am thankful for Jerry's presence and for his commitment and involvement in our community of faith. I am humbled by his strength, his attitude and how he has faced his circumstances with faith, hope, love and grace. In the time I have known Jerry, he has not been a passive spectator in faith and life, but rather an active participant in seeking to reach out, proclaim and inspire to make a positive difference in the world around us and for that, I am grateful.

Sincerely,

Reverend Mark D Schmid
Executive Pastor

# EXHIBIT M

May 6, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Wood:

As you consider the sentencing for Mr. Jerry Seppala, I write in support of his attorneys' request for a lenient sentence with no jail time.

I currently serve as Senior Pastor of St. Philip the Deacon Lutheran Church in Plymouth, Minnesota. St. Philip the Deacon is a large, healthy and vibrant congregation of approximately 5,000 members in the western suburbs of Minneapolis. I have served at St. Philip the Deacon for 11 years, during which time Jerry and his family—his wife, Deb, and their high school son, ▮▮▮▮—have been actively involved in the church (I believe they actually joined around 2005, so pre-date my tenure at the church by at least a couple of years).

I know Jerry and his family because they are, first of all, active participants in the worship life of the congregation. In a time when "regular" church attendance generally means worshipping two or three weekends a month, the Seppala's rarely miss a weekend of worship. Beyond this, all three of them are active in the congregation in other ways. Jerry is a Confirmation Leader—a weekly commitment during the program year which involves active involvement in the lives of a small group of Middle School youth. Deb has assisted with our Vacation Bible School and another more focused ministry for Middle School girls called Soul Sisterhood. ▮▮▮▮ is a regular reader during services, and I believe has also served as a Vacation Bible School assistant and Confirmation Guide. In broad terms, I would say the Seppala family is a visible, active and supportive family at St. Philip the Deacon, and I am grateful for their presence and participation here.

I have become further acquainted with Jerry through regular conversations before or after worship services; periodic discussions about Confirmation and the faith lives of our young adults; and more informal discussions during golf outings—a passion that both Jerry and I share. In the last two years, I have also had a number of conversations with Jerry regarding the court case against him. In fact, my recollection is that I was one of the first people Jerry sought out shortly after these charges were brought against him.

During those conversations, Jerry has never shared details of the case, so I am largely ignorant of the charges against him—or the merits of these charges. The discussions he and I have had related to this case have been more spiritual in nature—with Jerry trying to understand more fully God's will for him as he and his family awaited the outcome of these pending charges.

My sense is that Jerry and Deb have been remarkably mature and faithful during this very difficult period. Again, I don't know all of the details of either the charges or how they have impacted their personal lives, but through conversations with both of them, I know without question that the charges have created profound financial hardship for them, since waiting for the outcome of the case has effectively put Jerry's professional life on hold. Beyond the practical difficulties this has engendered, I can only imagine the profound emotional challenges and pressures it has created as Jerry and Deb wait for some kind of resolution—a resolution whose timing is largely if not completely outside of their control.

My strong sense is that Jerry and Deb have been able to face the uncertainties of the ultimate resolution of this case with grace and honesty—becoming, in my estimation, healthier individually and closer to one another in their marriage as a result.

The Jerry Seppala I have gotten to know over the past ten years is someone who is willing to acknowledge his wrongdoing, and to accept the appropriate punishment for that wrongdoing. He has never said anything to indicate or suggest to me that he is trying to avoid any punishment. What he has said—understandably, in my opinion— is that he and Deb would like to be able to move on with their lives once all of this has been resolved.

Now that the time for sentencing in this matter has arrived, my understanding is that his attorneys are requesting a lenient sentence with no jail time. I am very happy to support this request. If you would like to discuss any of this in more detail, please feel free to contact me at ███████ or ████████████████.

Peace,

Pastor Tim Westermeyer



EXHIBIT N

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007


Honorable Judge Wood,                                        5/31/18

I am writing this letter in support of my friend Mr. Gerry Seppala (Jerry), because, in the short time that
we have known one another, and lead our confirmation small group together at church, I have come to
rely on and trust Jerry's deep commitment to our community, the Gospel, and to the 12 young men
(11year-old boys) we lead. Perhaps it is because our group, "our boys", are the same age as Jerry was
when his own father died, but somehow, Jerry has a way of relating to this very diverse and squirrely
group that results in 30 to 40 minutes of deep conversations each week. Jerry makes room for each boy
to be himself, and express himself, while maintaining a discipline in the room that I can only
characterize as calm and respectful. On the few occasions when Jerry has not been available, and I have
had to lead our group alone there were never fewer than three boys crawling under the table at a time
(I wish I were exaggerating). Jerry's discipline for the group is tempered by his patience, such as when
our boy with downs syndrome struggles to be understood, or when our boy with ADHD makes his
5th random comment of the night. Even when curbing our group's natural leader (or the nine hockey
players who often follow) Jerry has the firm-but-fair thing nailed.

Jerry and I met the first night of confirmation in the fall of 2016. I can't say we were fast friends. We
seemed to be cut from different cloth, and though I pride myself in being able getting along with
anyone, I was not sure we would work out as co-leaders, let alone become friends. My initial size-up of
Jerry was that he's a typical Wayzata man, too self-impressed to give a damn about anyone but himself.
I let his personal style and his LinkedIn profile tell me all I thought I needed to know. Yet, as I watched
him interacting with our group, other confirmation leaders, our pastors, as well as with his own wife
and son, I came to realize that I had misjudged him, both as a man, and as a potential friend. Still,
something did not seem quite right between us. Then one Wednesday evening, I believe in mid-
November, Jerry came and sat next to me in a quiet spot I had found in our church to meditate before
confirmation. We sat shoulder to shoulder turned slightly towards one another in the dark as Jerry told
me of the legal trouble he is facing. As a former Vocational Counselor for the Minnesota Dislocated
Worker program and current career and workforce development consultant, Jerry is not first man to tell
me about trouble with the law. Jerry is however the first man I've talked to in his situation, facing a
felony charges, who has never made any excuses to me for himself or the situation he is in. He seems
prepared mentally and spiritually for whatever lies ahead.

After confiding in me, the missing pieces to Jerry, and to our friendship, began to fall into place. I now
see him as a man who takes responsibility for himself, his family, and his community. He works hard. He
has taken a delivery job keeping the shelves full at convenience stores. He supports his friends. While I
was caring for my dying mother in my home, Jerry's phone calls helped me carry on as sleep deprivation
took my perspective and judgement. As a volunteer firefighter, I am blessed with a community of men
who showed up at my door step when I made that final 911 call for mom. But it was Jerry who helped
me see that I was not alone; he helped me understand what God was up to in my life. While our

friendship has been brief, Jerry's deep acceptance of his circumstance, including the possibility of prison, has taught me to be at peace with my own life, my grief, and circumstances.

Honorable Judge Wood, since originally writing this letter of support for Jerry in May of 2017, my friendship with, and admiration for Jerry has only grown. Jerry's prosecution and plea has taken a tremendous toll on Jerry both personally and financially.   But where most men would crumble, throughout his prosecution, I have also seen Jerry persevere, faithfully following his vision to bring film industry employment opportunities to the Iron Range of Minnesota.  As a friend and supporter, I made the 3-hour drive to Chisholm on April 16 to see for myself the first day of filming a movie at IronBound Studios.  What seemed like a pipe dream is now unfolding into reality for a community of artisans, actors and would-be film makers in northern Minnesota. As a workforce development consultant, I can see the potential for IronBound Studios to make a measurable difference in the economic life of the Iron Range. Jerry has admitted his mistakes, has paid a price, and through IronBound Studios, is working to restore economic opportunity to his hometown.


In Peace,

Tom Melander

# EXHIBIT O

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007


Honorable Judge Wood,,

I have been married to Jerry Seppala for 18 years. We dated for 1 year before getting engaged and then married on July 31 1998. We have 1 son, ▮▮▮▮ who turned 17 this past April. I have always been home caring for our son, after a long career in sales. I am 55 years old and currently am providing daycare for my niece Quinn Burton and her brother Knox. I am very active in not only my son's life but the youth of our church,teaching confirmation,chaperoning outings etc…

During the 19+ years I have been with Jerry we have experienced much. Professionally Jerry has always had an active career in political and non profit fundraising. I have assisted him in his business on a limited basis, choosing to take care of our son full time. Jerry has introduced countless people to others who would be able to help with donations and further introductions. I often think he is a pied piper gathering folks together and sending them off to do good.

I have seen Jerry take care of his family in so many ways,not just financially. Since his arrest in June of 2016 he has been transformed into a patient loving person. He no longer is pressed to be something he is not,or could not be. I love my husband very much but the new version is much easier to love. He has worked at jobs in the past year that he is more than qualified to do,in fact they are minimum wage jobs. He has kept moving forward always trying to better our family situation. Right now is not a great time financially for our family. We are facing foreclosure and not making ends meet. Through this process our family has gotten closer together. You could say the arrest of Jerry as really striped us down to our true selves. Jerry has kept us positive and forward thinking. He has parented our son and helped him to understand the process and the reasons for his arrest.

I am aware Jerry has pled guilty to criminal charges.  When I learned of his arrest in June of 2016 I was working as a camp cook for our church. I was only 45 minutes from home but I can tell you with all honesty that the drive home seemed like a dream. Jerry is a generous, hard working man but certainly not greedy. He is charitable with money and time to our church as well as friends and certainly family.

I believe that Jerry is an upstanding honorable man. I am privileged to be his wife and the mother of his son ▮▮▮▮. ▮▮▮▮ looks up to his father and treasures him. Despite not having a

father, he died when Jerry was 4, Jerry has become a great husband, father and businessman. I am proud now and will always be proud of Jerry Seppala. This experience has been the best and worst thing that has happened to Jerry and our family.While deciding a fitting punishment,I ask you to consider two things: first the decent, generous man my husband has always been and,second the reformed and evolved person who changed his life after being arrested. Please allow him to come home to his family so we may continue to rebuild our lives.The fear of jail has been enough to ensure Jerry will never put himself in this situation again A very large group of supporters, including myself will be alongside him during the process.

Sincerely,
Deb Seppala

# EXHIBIT P

May 7th, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Honorable Kimba M. Wood,**

My name is Rochelle Burton I am writing you today on behalf of my brother Gerald R. Seppala.
I currently live in Minneapolis and have worked in the financial services industry for over 14
years.   Like my brother I'm an alumnus of the University of Minnesota and share his passion for
Gopher sports.

Jerry is 16 years older than me and my half- brother but you would never know that.   We were
raised by an incredibly strong mother who didn't like it when we used the term half-brother or
half-sister we were brothers and sisters; and we were just plainly there for each other no
matter what. Jerry has always taken our mom's advice on this to heart.

Jerry is the oldest of the 5 of us, he has been the cool older sibling in the eyes of his younger
siblings, he is the brave one who left the comfortable and familiar surroundings of his family
and friends and studied abroad in France.  He is the older sibling that never seemed annoyed
with having his much younger siblings around.  He has taken it all without a complaint.  I know I
speak for all my siblings when I say I we wouldn't choose anyone else as our older sibling
foraging the path for us.

That being said Jerry has been the one that has stepped into some though situations.  Jerry was
the one our Mom called the night my father died to come and drive us to the hospital.   Jerry
and his wife Deb were called at 3:00 A.M. the night of July 1st, 1999 and were told they should
come home because Lee had collapsed. Jerry and Deb hadn't even been married a year yet, but
they came immediately, without hesitation.  Upon our arrival to the hospital we had learned
that my Dad had died.  Jerry took care of everything our Mom needed that day.  Jerry
immediately helped myself, and our brother Tony try to process what just happened.   I can't
imagine having to help your 17 year old brother and your 14 year old sister grieve and to help
them get through what is easily the worst morning of their lives but Jerry did it without
hesitation.   Not only did Jerry and Deb make sure Tony and I were taken care of that day, Jerry

spent the whole day, and days that followed helping our Mom organize everything she needed. It's hard to lose a parent, it has to be beyond imaginable to lose a parent and then lose a step parent 26 years later while having much younger siblings that are looking to you for guidance. Jerry kept going and helped us through our grief while also dealing with his own.

In the past few years Jerry and I have become closer.   We have found a mutual love for Gopher football games and the occasional Gopher hockey game no matter how likely it is that they will lose.  He was one of the first to congratulate me when I bought my house.  He has written me notes of encouragement and praise when I get promotions at work.   Even when I know he has been struggling professionally and financially, he is always there cheering me on.

When I learned of the indictment on federal charges in July of 2016, I saw my brother once again keep going because he knew he needed to provide for Deb and their son ████.  He has taken manual jobs that he is over qualified for because that is what he needed to do for his family.  He is a man that never quits and keeps going, he is our own energizer bunny. His strength is something I admire and hope to learn from.

Even with the adversity and challenges Jerry has faced in his life, he continues to show strength and an unending faith in God. He is inspiring and I admire him.   It's with this that I humbly ask you to consider no jail time when sentencing brother Gerald R. Seppala.  Thank you for your time.


Sincerely,

Rochelle Burton

# EXHIBIT Q

**Kevin Underkofler**

███████████

████

███████

Honorable Kimba M. Wood                                                    May 10, 2018
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Wood,

My name is Kevin Underkofler and am writing you on behalf of my dear friend Jerry
Seppala. I am a venture partner with Carbonwolf Energy, LLC and have been involved as a
senior executive in the investment management business for over 30 years.  Active in my
community I have served as a board member for a disability services no-n-profit for 17
years, the United Way as member and a committee chair.  Also, Committee of the Board of
Children's Hospital in St Paul, MN, Treasurer of my church, among other volunteer
activities related to the disadvantaged and children.

This is a letter of support and asking for your compassion and leniency related to his
circumstance.  Jerry has been both a close friend and admired business professional. My
attempt here is to help you recognize who he actually is outside of the story influencing the
perspective of those not privileged to actually know him.

Jerry offers himself freely to his family, friends and the community.  As a friend he has
selflessly come to my aid during significant emotional events in my life. Divorce after 30
years and the loss of my business during the 2008 financial crisis.  In my struggle many
abandon me and Jerry was one of those where the integrity of his friendship kept his
supporting me.

His wife and son benefit from his strong Christian commitment to family.  Frankly the
single most important way he has come through these devastating personal events is
falling back on his faith. I had occasion to talk at length with his, at the time, 14 year old son
shortly after the trauma of seeing his father arrested by FBI agents in their home.  In asking
how he was doing, his son calmly spoke of his father's integrity   He had no doubt of his
father's integrity and that he would come through to the other side of this situation with his

integrity intact. He also spoke of the comfort of faith that helped his strength.   A remarkable perspective I can only explain as a result of a deep and abiding love between a Christian father and son.

I understand having pled guilty to criminal charges he will come before you for sentencing. I encourage you to look at the body of evidence in the life of Jerry Seppala.  The manner with which he has conducted himself, certainly during over 12 years I have been privileged to know him, is one of integrity, honesty, loyalty and kindness. A perspective that has served me was offered by my brother.  During my divorce perspectives were developed and sides taken for and against both my former wife and myself.  He commented how unfortunate it is that people will take a single snapshot, at a point in time that changes and solidifies another's opinion.

Connection to this unfortunate situation as offer others an easy, yet shallow, view of Jerry. I truly hope through my letter and those of others, that in this brief encounter with Jerry, you will be able to get a glimpse of his heart.  Having that perspective may offer an ability to entertain the most leniency available to you in his sentencing.


Kindest personal regards,

Kevin Underkofler

# EXHIBIT R



**St. Philip the Deacon**
LUTHERAN CHURCH

17205 County Road Six | Plymouth, MN 55447 | 763-475-7100 | spdlc.org

May 7, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Honorable Judge Wood:

My name is Kathy Hagedorn, Director of Children's Ministry at St. Philip the Deacon Lutheran Church. I have a background and licensures in Early Childhood Education, Kindergarten Education, Parent Education, and Parent and Family Education. In addition, I have a background in taking classes involved with knowledge in the Bible to teach in a Christian school and to work as a professional in a Christian environment. I have a four-year degree from the University of Wisconsin-Stout, additional classes from both Concordia-St. Paul and Crown College-St. Bonifacius, Minnesota.

I have a husband, John, and two adult daughters who have all completed various college degrees. These degrees cover Business, Civil Engineering, Psychology and Occupational Therapy Assistant. ███████████████ I value family, family gatherings, and passing on family values. A joy I have is when family and friends gather at our house in celebration and get-togethers.

Jerry Seppala and his family have been members of St. Philip the Deacon Lutheran Church since 2008. As his son grew and moved through the children's ministry program, I became friends with Deb, Jerry's wife, and soon afterward, Jerry. Jerry and Deb have joined my husband and I for dinner several times. Their whole family has joined us for holidays and celebrations at our house and we include them in our family events. I enjoy their company and we can laugh together and converse in a relaxed atmosphere as loyal friends can do.

Page 1/2

Page 2/2

Jerry is supportive in expressing the importance of education to his son, █████.
He expresses concern for others when he asks about the fragile health of my
husband's mother. He asks what he and his family can do to aid us through this
time of family transition. Jerry has a heart of compassion and shows it by helping
and assisting friends.

Jerry supports his wife and son in activities offered through Children's Ministry.
He supports them when they must stay longer as volunteers and assists as needed.
Jerry has participated in various activities in our faith community such as a study
on Meet the Bible, has served as a Confirmation Guide, and continues to serve
Holy Communion on a regular basis. He has, also, participated in church events
such as "Boars and Baseball" and "The Family Christmas Celebration". Jerry and
his family are consistent in attending worship services and helping where needed.

A very difficult time for Jerry was the day he found out that he was facing a felony
criminal charge against him. He came to my office and shared the situation as I
listened to him explain the charges. It was an emotional and difficult morning for
him. Jerry continues to keep me updated on the steps he is taking on this journey.

Judge Wood, I ask that you do not sentence Jerry to jail time because of the
dedication he shows to his family, his motivation to support his family, and the
support he receives from his network here, around his friends. Thank you.

Sincerely,

Kathy Hagedorn
Director of Children's Ministry
St. Philip the Deacon Lutheran Church
17205 County Road 6
Plymouth, MN 55447
khagedorn@spdlc.org

# EXHIBIT S

June 20, 2018

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Wood,

This letter is in support of Mr. Jerry Seppala.

I am Valerie Strand Patterson, one of the clergy serving St. Philip the Deacon Lutheran Church in Plymouth.  It has been my privilege to serve this church as an ordained pastor since 1989.  My areas of responsibility include leading our worship services (we offer five every weekend), pastoral care, officiating at weddings, funerals and baptisms, preaching, leading spiritual growth retreats, teaching, and shepherding our helping ministries, locally and globally.

I have had the honor of knowing the Seppala family for the last dozen years through their involvement in our church.

I have encountered Jerry throughout these years as a supportive husband and father.  Jerry, his wife Deb, and their son ▮▮▮▮ (who is in high school) are in the habit of sitting a couple of rows behind the pastors in worship, where I hear Jerry's enthusiastic participation.  He is fully involved in worship.

He and Deb support ▮▮▮▮ as a scripture reader in the church, which ▮▮▮ does about twice each month, filling in whenever we need someone.

Jerry is in full support of Deb's excellent partnership with me in our Christmas ministries, where we shepherd the congregation through shopping and praying for several hundred vulnerable adults and children.

Jerry and Deb help out with our confirmation ministry (middle school youth) on Wednesday evenings. They are ever so faithful in their worship and partnership in the ministries of the church.  They are a family who does devotions and prays together, which has given them strength.

They are a lovely, loving, devoted family and are very supportive of one another.  With the recent difficulties and loss of income, ▮▮▮▮ willingly changed schools to save the family

money.  Deb and Jerry are good at communicating their love and support to one another. They have a strong and loving bond.

They are facing whatever comes together, as a caring little family.

I am fully aware that Jerry has pled guilty to criminal charges.  I can only say that I have always experienced him as a person who would never knowingly or willingly cause harm or misfortune to anyone else.  In dealings with me and the church he has been honest and good.

I know Jerry accepts responsibility for his actions and will of course abide by your decision.  I respectfully request and hope that Jerry not be sentenced to jail time.

Thank you for this opportunity to write on behalf of Jerry Seppala.  Please do not hesitate to contact me if I can be of further assistance.

Very truly yours,

*Pastor Valerie Strand Patterson*

Pastor Valerie Strand Patterson
St. Philip the Deacon Lutheran Church
17205 County Road 6
Plymouth, MN 55447
763-475-7126   vstrand@spdlc.org