```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :   **TRANSPORTATION ORDER**

                - v -               :   16 Cr. 436 (KMW)

GERALD SEPPALA,                     :

                    Defendant.      :

------------------------------------x

Upon the application of **Gerald Seppala**, by his attorneys, **Annalisa Miron, Esq., and Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Gerald Seppala with funds to cover the cost of round-trip airfare between Minneapolis, Minnesota and New York, New York for his upcoming court appearance on Tuesday, July 17, 2018 at 2:00 p.m.;

**ORDERED** that Mr. Seppala's flight depart for Minneapolis the morning of Tuesday, July 17, 2018, and arrive for him to appear in court no later than 2:00pm on Tuesday, July 17, 2018, and that his flight depart New York for Minneapolis on Tuesday, July 17, 2018 at 7:00 p.m. or later; and

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:   New York, New York          SO ORDERED:
         July 17, 2018

                                     _____
                                     HONORABLE KIMBA M. WOOD
                                     United States District Judge