**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 19, 2018

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Gerald Seppala</u>
      S2 16 Cr. 436 (KMW)

Dear Judge Wood:

      Gerald Seppala was sentenced on July 17, 2018 to a period of incarceration of four months to be followed by a one-year term of supervised release. After announcing its sentence, the Court graciously approved the defense's request that Mr. Seppala be permitted to serve his four-month sentence intermittently (on weekends) so that he may continue to work and begin paying restitution to the victims of his crime. After consulting with staff at the Designation Center and local legal counsel for the Bureau of Prisons (BOP), we write to respectfully request that the Court implement its judgment by imposing four months of intermittent confinement as a special condition of supervised release, pursuant to 18 U.S.C. § 3563(b)(10). We understand this to be BOP's highly preferred manner of implementing an intermittent sentence.

      As to Mr. Seppala's designation, we respectfully request that the Court recommend that he serve his intermittent confinement at Roseville RRC, 1771 Kent Street, Roseville, MN 55113 or Minneapolis RRC, 2825 East Lake Street, Minneapolis, MN 55406. These community correctional centers are within one hour of driving distance from Mr. Seppala's home, whereas the nearest low-level security facility is approximately 170 miles away. Thank you for your consideration.

Respectfully submitted,

_____/s/_____
Ian Marcus-Amelkin, Esq.
Annalisa Mirón, Esq.
212-417-8733/8780