UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD SEPPALA,<br><br>　　　　　　　　　Defendant. | **Order of Restitution**<br><br>S5 16 Cr. 436 (KMW) |

KIMBA M. WOOD, United States District Judge:

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Katherine Reilly and Noah Solowiejczyk, Assistant United States Attorneys, of counsel; the presentence report; the conviction of GERALD SEPPALA, the defendant, on Count One of the above-referenced Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** GERALD SEPPALA, the defendant, shall pay restitution in the total amount of $987,500.00 to the victims of the offenses charged in Count One of the above-referenced Information. The name, address, and specific amount owed to each victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for a portion of the above-described restitution shall be joint and several with that of co-defendants JAMES DAVID WILLIAMS and STEVEN BROWN, as indicated on the Schedule of Victims attached hereto. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein,

or every victim has been paid the total amount of his or her loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated:   New York, New York
         July __, 2018

                                           SO ORDERED:

                                           _____
                                           HONORABLE KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Schedule of Victims** |
| v. | **S5 16 Cr. 436 (KMW)** |
| GERALD SEPALLA, | |
| Defendant. | |

| Name | Address | Amount of Restitution | Joint and Several Liability or Sole Liability |
|---|---|---|---|
| Bill Busbice | Bill Busbice ▮▮▮ | $500,000 | Joint and Several Liability with Steven Brown and James David Williams |
| Bob Evans | Bob Evans ▮▮▮ | $100,000 | Joint and Several Liability with Steven Brown and James David Williams |
| Jon Yanta | Jon Yanta ▮▮▮ | $100,000 | Joint and Several Liability with Steven Brown and James David Williams |
| David Tengdin | David Tengdin ▮▮▮ | $125,000 | Joint and Several Liability with Steven Brown and James David Williams |
| Ed Tambornino | Ed Tambornino ▮▮▮ | $162,500 | Joint and Several Liability with Steven Brown and James David Williams |
| **Total:** | | $987,500 | |